

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00267-CV

Dolores **REYNOSO** and Juan Reynoso,
Appellants

v.

**LOFT CONCEPTS, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00936
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellee filed a motion asking this court to review the sufficiency of appellant Dolores Reynoso's supersedeas bond and of the sureties on the bond. We abated the appeal for the trial court to conduct a hearing and make findings of fact on the issues raised.

A supplemental record containing an agreed order signed by the trial court has been filed. The "Agreed Order on Defendant's Supersedeas Bond" states that Reynoso's bond complies with all legal requirements and has been approved by the Bexar County Clerk, and further states that the sureties are solvent and sufficient.

We **reinstate** the appeal on the active docket of the court. Because the parties have agreed as to the sufficiency of the bond and sureties, we take no further action on appellee's motion.

Appellants have requested a reporter's record, but the record has not been filed. In accordance with our order dated July 7, appellants must file written proof in this court by July 17, 2015, that they have paid or have made arrangements satisfactory to the reporter to pay the reporter's fee. *See* TEX. R. APP. P. 35.3(b)(3).  If appellants fail to file such proof within the time provided, appellants' brief will be due August 6, 2015, and the court will consider only those issues or points raised in the brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2015.

Keith E. Hottle
Clerk of Court